1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   ANDRE FRANK ANDREWS,              1:03-cv-06939-OWW-SMS-P

12              Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                  **RECOMMENDATIONS** (Doc. 13)
13   vs.
                                  **ORDER DENYING MOTION FOR**
14   CALIFORNIA DEPARTMENT OF     **PRELIMINARY INJUNCTIVE RELIEF**
     CORRECTIONS, et al.,         (Doc. 12)
15
                Defendants.
16   _____/

17

18       Plaintiff, Andre Frank Andrews ("plaintiff"), a state

19   prisoner proceeding pro se and in forma pauperis, has filed this

20   civil rights action seeking relief under 42 U.S.C. § 1983.  The

21   matter was referred to a United States Magistrate Judge pursuant

22   to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

23       On August 2, 2005, the Magistrate Judge filed Findings and

24   Recommendations herein which were served on plaintiff and which

25   contained notice to plaintiff that any objections to the Findings

26   and Recommendations were to be filed within thirty (30) days.  To

27   date, plaintiff has not filed objections to the Magistrate

28   Judge's Findings and Recommendations.

                                   1

1    In accordance with the provisions of 28 U.S.C.

2   § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3   <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the

4   entire file, the Court finds the Findings and Recommendations to

5   be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed August 2, 2005,

8   are ADOPTED IN FULL; and,

9    2.   Plaintiff's motion for preliminary injunctive relief,

10   filed July 14, 2005, is DENIED, as PREMATURE.

11   IT IS SO ORDERED.

12   **Dated:   September 26, 2005**   _____/s/ Oliver W. Wanger_____
     emm0d6                         UNITED STATES DISTRICT JUDGE