UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FRANK ANDREWS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>J.W. SULLIVAN, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:03-cv-06939-OWW-SMS-P<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW CASE** (Doc. 17)<br><br>**ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATIONS** (Doc. 16)<br><br>ORDER DISMISSING ACTION (Doc.1) |

　　　Plaintiff, Andrew Frank Andrews "plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On November 30, 2005, the Magistrate Judge filed Findings and Recommendations that the action be dismissed for failure to state a claim for relief and Plaintiff did not submit an Amended Complaint. The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within

1

thirty (30) days.

On December 16, 2005, plaintiff filed a "Petition to have the case dismissed without prejudice." Plaintiff indicates that he wishes to withdraw his action to refile at a later time when he can obtain counsel.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Based on the above, the Court HEREBY ORDERS:

1. Plaintiff's Petition to Withdraw his action is GRANTED;
2. The Findings and Recommendations, filed November 7, 2005, are DISREGARDED in light of Plaintiff's withdrawal of the case.
3. The instant action is DISMISSED without prejudice;
4. The Clerk of Court is DIRECTED to terminate this action in accordance with this Order.  IT IS SO ORDERED.

**Dated:   January 3, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                     UNITED STATES DISTRICT JUDGE

2